IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 09-CV-00337-C |
| HENRY ARMIJO, | ) |
| Respondent. | ) |

**ORDER OF DISMISSAL**

Petitioner's motion to dismiss on the ground that respondent has fully complied with the summons that is the subject of this action is hereby granted.

IT IS ORDERED that this action is DISMISSED.

Dated this 26th day of January 2010.

BY THE COURT

_Barbara B Crabb_
HONORABLE BARBARA B. CRABB
District Judge